# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146819(24)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CORTEZ ROLAND DAVIS,
      Defendant-Appellant.

_____/

SC: 146819
COA: 314080
Wayne CC: 94-002089-01-FC

On order of the Chief Justice, the motion for the temporary admission of Bryan A. Stevenson to practice *pro hac vice* under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2014



Clerk